UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL CITY BANK, N.A.,

Plaintiff,

v.

REPUBLIC MORTGAGE HOME LOANS, LLC, JOSH WESTMARK, SUSAN TALLMAN, TAMIEKO CODUTE, and SOUN MOFFETT,

Defendants.

No. C09-1550RSL

ORDER DISMISSING COMPUTER FRAUD AND ABUSE ACT CLAIM AGAINST REPUBLIC MORTGAGE

This matter comes before the Court on "Republic Mortgage Home Loan, LLC's Motion to Dismiss Eighth Cause of Action as to Republic Mortgage." Dkt. # 56. Defendant argues that the Computer Fraud and Abuse Act ("CFAA") claim is inadequately plead under Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007). For the reasons stated in the Court's "Order Dismissing Computer Fraud and Abuse Act Claim Against Individual Defendants," of even date, the Court finds that plaintiff's allegations against Republic Mortgage fail to state a claim for relief under the CFAA that is plausible on its face. Because plaintiff's revised and supplemented allegations, as set forth in its opposition memorandum, do not establish a cause of action under

the CFAA, amendment would be futile and the CFAA claim is hereby DISMISSED with prejudice and without leave to amend.

Dated this 12th day of March, 2010.

Robert S. Lasnik
United States District Judge

ORDER DISMISSING COMPUTER FRAUD AND ABUSE ACT CLAIM AGAINST REPUBLIC MORTGAGE -2-